IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRY DARNELL EDWARDS,  Petitioner, | § § § | |
| v. | § § | CIVIL ACTION No.  3:10-CV-0006-M |
| RICK THALER, Director, Texas Department of Criminal Justice Correctional Institutions Division,  Respondent. | § § § § § | (Death Penalty Case) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Petitioner's Opposed Motion to Stay Federal Habeas Action*, received on December 15, 2010 (doc. 9). No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge, and the motion to stay is **DENIED**.

SIGNED this 12th day of September, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS